# OFFICERS RETURN OF SERVICE

**CASE # B00048**

**COURT**

Clt. Ref.#    Clt.# 7678

DONALD LESLIE "SAM" GALBREATH

VS

PROMAR INC. INDIV. ET AL

The documents came to our hand for service on **04/07/00**  Time: **09:00:00**

Documents received for service:

**FEDERAL SUMMONS W/PLAINTIFF'S ORIGINAL COMPLAINT**

The documents were delivered on **04-07-00**  Time: **19:10:00**

Executed at: 508 Park Rd. #13
             Rockport, TX

to the following: **Production Systems, Inc. Indiv. And D/B/A Production Service Group By Delivering To David R. Pilgrim, Registered Agent**

____  PERSONALLY delivering the document to the person above.
____  SUBSTITUTE SERVICE per Order by delivering to _____ in person who is sixteen (16) years of age or older, at the above listed address which is the usual place of abode/business of the above named person.
____  POSTING per Order by securely affixing to the main entry way at the above address.

### AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above suit, I have never been convicted of a felony or misdemeanor involving moral turpitude in any state of federal jurisdicion and I have studied and am familiar with the Texas RULES OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices.

Service Fee: _____

Witness Fee Tendered: _____

Charles Allen
Professional Civil Process
317 Peoples Street Suite 614
P.O. Box 181293 (78480-1293)
Corpus Christi, Tx. 78401

STATE OF TEXAS}

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn declared that the statements therein contained are true and correct. Given my hand and seal of office this ___ day of _____ 2000.

NOTARY PUBLIC SIGNATURE

PCP Inv.# C0400  32



E. BIER
NOTARY PUBLIC
State of Texas
Comm. Exp. 09-14-2002

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

**SEE ATTACHED ORIGINAL RETURN OF SERVICE**

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
            Date                                              Signature of Server

                                              _____
                                              Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_Southern_ DISTRICT OF _Texas_
_Brownsville Division_

United States District Court
Southern District of Texas
FILED

APR 1 3 2000

Michael N. Milby
Clerk of Court

DONALD LESLIE "SAM" GALBREATH

v.

PROMAR INC. individually and d/b/a
COASTAL PRODUCTION SERVICES and d/b/a
PRODUCTION SERVICES GROUP, PRODUCTION
SYSTEMS, INC. individually & d/b/a
PRODUCTION SERVICES GROUP, PROSAFE,
INC. individually & d/b/a PRODUCTION
SERVICES GROUP, and R.M.C. TECHNOLOGY
CORPORATION, individually & d/b/a
PRODUCTION SERVICES GROUP

## SUMMONS IN A CIVIL CASE

CASE NUMBER: B-00-048

TO: (Name and address of defendant)

PRODUCTION SYSTEMS, INC. individually and d/b/a
PRODUCTION SERVICES GROUP
by and through its registered agent:
David R. Pilgrim
P.O. Box 1927
Rockport, Texas 78381

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

R. Blake Brunkenhoefer
R. BLAKE BRUNKENHOEFER, P.C.
711 N. Carancahua, Suite 1000
Corpus Christi, Texas 78475

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N Milby, Clerk                                    3-31-00

CLERK                                                     DATE

_(signature)_

(BY) DEPUTY CLERK