4

United States District Court
Southern District of Texas
FILED entered

MAY 2 2 2000

Michael N. Milby
Clerk of Court

By: [signature]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al, | § | |
| Plaintiffs | § § § | |
| v. | § | CIVIL CAUSE NO. 98-162 |
| | § | 00-71 |
| City of Harlingen, et al, | § | |
| Defendants. | § § § | |

## ORDER

BE IT REMEMBERED, that on May 22, 2000, the Court **DENIED** Alice Carlson's Motion for a Temporary Restraining Order because counsel did not provide notice to opposing counsel and provided no showing of irreparable harm. The Court will order sanctions if any further motions or pleadings are filed and relief requested with no opportunity for opposing counsel to be heard.

DONE at Brownsville, Texas, this the 22nd day of May 2000.

_____
Hilda G. Tagle
United States District Court Judge