IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALICE CARLSON | ) | |
| | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. B-00-071 |
| | ) | |
| | ) | |
| CITY OF HARLINGEN, and | ) | |
| JIM SCHOEPNER, Individually and in | ) | |
| Their Official Capacities | ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S ORIGINAL COMPLAINT REPLY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, plaintiff Alice Carlson, and files this her PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' ORIGINAL COMPLAINT REPLY and would show the Court as follows:

### Certificate of Conference

The undersigned has conferred with Defendants' counsel and there is no opposition to filing this Motion.

I.

Plaintiff requests the Court to extend the time to file her answer or responsive motions under Fed. R. Civ. P. 12(b) until July 10, 2000.

Respectfully submitted,

*/s/ Ronald S. Logan/*

RONALDO S. LOZANO
Federal ID No.14048
State Bar : 12648010
360 E. Hwy. 77, Suite 1
San Benito, TX. 78586-5214
(956)399-9663
FAX (956)399-8285

**ATTORNEY-IN-CHARGE**
PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was forwarded on this 3rd day of July, 2000, to the following counsel of record and interested parties:

Tom Lockhart, Attorney in Charge for Defendants
Adams & Graham, L.L. P.
FAX (956) 428-2954

_____
Ronaldo S. Lozano