IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
RECEIVED
JUL 1 4 2000
Michael N. Milby, Clerk of Court

| | |
|---|---|
| ALICE CARLSON | § |
| | § |
| V. | § CIVIL ACTION NO. B-00-071 |
| | § |
| CITY OF HARLINGEN, and | § |
| JIM SCHOEPNER, Individually and in | § |
| Their Official Capacities | § |

## NOTICE OF REPRESENTATION

The undersigned Walter J. Passmore of the firm of Passmore, Walker & Twenhafel, L.L.P., P. O. Drawer 3766, McAllen, Texas 78502, has been retained to represent Jim Schoepner, individually, in the above captioned litigation. Copies of notices from the court and pleadings filed by counsel should be mailed to the following address: Walter J. Passmore, Passmore, Walker & Twenhafel, L.L.P., P. O. Drawer 3766, McAllen, Texas 78502-3766.

Respectfully Submitted:

By: /s/ Walter J. Passmore
Walter J. Passmore
Admissions ID# 2264
TSB# 15560400
ATTORNEY FOR JIM SCHOEPNER,
INDIVIDUALLY
P. O. Drawer 3766
McAllen, TX 78502-3766
956-687-6225
Fax: 956-686-1276

OF COUNSEL:
PASSMORE, WALKER & TWENHAFEL, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent via the method(s) indicated to the Attorney(s) of record on this the _14th_ day of July, 2000, as follows:

Tom Lockhart  
ADAMS & GRAHAM, L.L.P.  
P. O. Drawer 1429  
Harlingen, TX 78551-1429

*VIA REGULAR MAIL*

Ronaldo S. Lozano  
360 E. Highway 77, Suite 1  
San Benito, TX 78586-5214

*VIA CMRRR 7099 3220 0001 4236 0907*

_____  
Walter J. Passmore

J \DATA2\SHARED2\WJP\MOORE\SCHOEPNR\CARLSON\PLEADING\NOTICE REP