*14*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**AUG 0 3 2000**

**Michael N. Milby**
**Clerk of Court**

| | | |
|---|---|---|
| ALICE CARLSON | § | |
| | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-00-071 |
| | § | |
| | § | JURY DEMANDED |
| CITY OF HARLINGEN, TEXAS, | § | |
| CAMERON COUNTY, TEXAS, | § | |
| | § | |
| | § | |
| AND | § | |
| | § | |
| R.D. MOORE AND | § | |
| JIM SCHEOPNER | § | |

## UNOPPOSED PLAINTIFF'S MOTION FOR EXTENSION TO RESPOND TO

## DEFENDANTS MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff Alice Carlson and files this her unopposed motion and would

further show this Court:

**I.**

Plaintiff does not file this motion to seek unnecessary delay, rather the motion response is

attempting to marshal relevant facts, that are more cumbersome to acquire during this period of

the year. Regardless, Movant seeks to extend the response period only until August 21, 2000.

Both attorneys for Defendants were consulted about the extension and they have acceded to this

motions's request.

**Wherefore,** Plaintiff prays that this unopposed motion be granted.

ClibPDF - www.fastio.com

Approved:

*Roger Hughes*

Roger Hughes
TBN 10225800
Fed. ID # 5850
Adams & Graham
222 E. Van Buren
Harlingen TX
456/428-7495
Fax 428-2954
Atty for all Defendants

Respectfully,

*Ronaldo S. Lozano*

Ronaldo S. Lozano
TBN: 12648010
360 E. Hwy. 77, Suite 1
San Benito, TX 78586-5214
(956)399-9663
FAX (956)399-8285

Attorney-in-Charge
Plaintiff

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent on this 4th day of August, 2000, to all counsel of record by hand delivery, or first class mail.

*Ronaldo S. Lozano*

Ronaldo S. Lozano

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **ALICE CARLSON** | ) | |
| | ) | |
| **V.** | ) | |
| | ) | **CIVIL ACTION NO. B-00-071** |
| **CITY OF HARLINGEN, TEXAS** | ) | |
| **CAMERON COUNTY, TEXAS** | ) | **JURY DEMANDED** |
| | ) | |
| **AND** | ) | |
| | ) | |
| **R.D. MOORE AND** | ) | |
| **JIM SCHEOPNER** | ) | |

**ORDER**

ON THIS _____ day of _____, 2000, came on to be heard the foregoing Motion For

Extension To Respond To Defendant's Motion To Dismiss  and after due consideration the same is

hereby:

_____    (GRANTED)

_____    (DENIED).

SIGNED this _____ day of _____, 2000.


_____
UNITED STATES DISTRICT JUDGE