15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 21 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Alice Carlson, | § § § | |
| Plaintiff | § § | |
| v. | § § | CIVIL CAUSE NO. 00-71 |
| City of Harlingen, et al, | § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on August 18, 2000, the Court **GRANTED** Plaintiff's Unopposed Motion for Extension to Respond to Defendant's Motion to Dismiss [Dkt. No. 14]. The Plaintiff is **ORDERED** to respond to the Defendants' motion to dismiss by August 21, 2000.

DONE at Brownsville, Texas, this the 18th day of August 2000.

_____
Hilda G. Tagle
United States District Court Judge