AO 440 (Rev. 10/93) Summons in a Civil A

# United States District Court

_____ DISTRICT OF _____

Alice Carlson

V.

City of Harlingen, Texas
Cameron County, Texas
R.D Moore and
Jim Scheopner

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-00-071

TO: (Name and address of defendant)

County Judge Gilberto Hinojosa
Cameron County, Texas
964 E. Harrison
Brownsville, Texas

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ronaldo S Lozano
360 E Hwy. 77, Suite 1
San Benito, TX 78586-5214

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk
CLERK

_Juanita Tabares_
(BY) DEPUTY CLERK

August 9, 2000
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

C·AB-00-71    19

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  8-9-2000 |
| NAME OF SERVER (PRINT)  Abel Betancourt JR | TITLE  Civil processer |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: 964 E Harrison Brownsville TX 78520

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

United States District Court
Southern District of Texas
FILED

AUG 22 2000

Michael N. Milby
Clerk of Court

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $45.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  AUG-9-2000
Date

Signature of Server

P.O. Box 4362
Address of Server  Brownsville TX 78523-4362

Abel Betancourt Jr.
Cameron County
Civil Processing Services

Michael N. Milby, Clerk of Court
AUG 22 2000
RECEIVED
United States District Court
Southern District of Texas

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.