



SEP 5 2000



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ALICE CARLSON | |
| | CIVIL ACTION NO. B-00-071 |
| V. | |
| | **(ORAL HEARING IS REQUESTED)** |
| CITY OF HARLINGEN, | |
| TEXAS and JIM SCHOEPNER | |

UNOPPOSED MOTION TO EXTEND TIME TO FILE
JOINT DISCOVERY/CASE MANAGEMENT PLAN

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant CITY OF HARLINGEN, and file this its **UNOPPOSED MOTION TO EXTEND TIME TO FILE JOINT DISCOVERY/CASE MANAGEMENT PLAN** and would show the Court as follows:

I.

CERTIFICATE OF CONFERENCE

Counsel for Defendant City of Harlingen conferred with all other counsel and there is no opposition to the motion.

II.

Defendant seeks leave to file the Joint Discovery/Case Management Plan until September 6, 2000. As good cause, Defendant Harlingen would show the Court that the parties were unable to complete a Plan until their Rule 26(f) Conference on September 1, 2000. The delay in having the conference was: (1) Defendant Cameron County was only

recently served and made appearance, and (2) conflicting schedules of multiple counsel involved.

WHEREFORE, PREMISES CONSIDERED, Defendant prays the Court grant the motion to extend the deadline to submit the Joint Discovery/Case Management Plan until September 6, 2000.

Respectfully submitted,

By: _____
TOM LOCKHART
Admissions ID No. 2257
Texas State Bar No. 12473500
ROGER W. HUGHES
Admissions ID No. 5950
Texas State Bar No. 10229500
P. O. Drawer 1429
Harlingen, TX 78551-1429
956/428-7495; FAX: 956/428-2954

Attorneys for Defendants, CITY OF HARLINGEN, TEXAS and JIM SCHOEPNER, Individually and in His Official Capacity

WALTER J. PASSMORE
Admissions ID No. 2264
State Bar No. 15560400
PASSMORE, WALKER & TWENHAFEL, L.L.P.
P. O. Drawer 3766
McAllen, TX 78502-3766
956/687-6225; FAX: 956/686-1276

Attorneys for Defendant, JIM SCHEOPNER, In His Individual Capacity

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 5th day of September, 2000, to the following counsel of record and interested parties:

---

Attorney of record for Plaintiff, ALICE CARLSON:

Mr. Ronaldo S. Lozano          CM RRR 7099 3400 0014 6896 6532
Attorney at Law
360 East Hwy. 77, Suite 1
San Benito, TX 78586-5214

Attorneys of record for Defendant, JIM SCHEOPNER, In His Individual Capacity:

Mr. Walter Passmore
PASSMORE, WALKER & TWENHAFEL, LLP
P. O. Drawer 3766
McAllen, TX 78502-3766

Attorneys of record for Defendant, CAMERON COUNTY:

Mr. Richard O. Burst
Commissioners Court
Civil Legal Department
964 E. Harrison
Brownsville, TX 78520

ROGER W. HUGHES