23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 7 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Carlson, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL CAUSE NO. ~~99-29~~ |
| | § | 00-71 |
| City of Harlingen, et al, | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on September 7, 2000, the Court ruled that the Defendant City of Harlingen's Unopposed Motion to Extend Time to File Joint Discovery/Case Management Plan [Dkt. No. 22] is **MOOT**. The motion was filed on September 5th, the same day that the City of Harlingen, along with the Plaintiff and Defendant Cameron County, filed a Joint Discovery/Case Management Plan. Since the City of Harlingen has filed a Joint Discovery/Case Management Plan, there is no need for an extension.

DONE at Brownsville, Texas, this the 7th day of September 2000.

Hilda G. Tagle
United States District Court Judge