AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

Alice Carlson

v.

City of Harlingen, Texas
Cameron County, Texas
R.D. Moore, and
Jim Schoepner

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-00-071

United States District Court
Southern District of Texas
FILED

SEP 7 2000

Michael N. Milby
Clerk of Court

TO: (Name and address of defendant)

City of Harlingen
c/o Sylvia Treviño
118 E. Tyler
Harlingen, TX 78550

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ronaldo S Lozano
360 E. Hwy 77, Suite I
San Benito, TX 78586

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

8/29/00

CLERK                                                   DATE

Xuaneth Tabares

(BY) DEPUTY CLERK

RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: 9-06-2000

NAME OF SERVER (PRINT): SAMUEL C. LOZANO

TITLE:

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 118 E. Tyler, Harlingen, TX 78550

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/6/00
Date

Signature of Server: *Samuel C. Lozano*

2410 Riverside Dr., Harlingen, TX
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.