440 (Rev. 10/93) Summons in a Civil A          n

# United States District Court

## DISTRICT OF

ALICE CARLSON

**V.**

City of Harlingen, Texas
Cameron County, Texas
R. D. Moore,  and
Jim Schoepner

# SUMMONS IN A CIVIL CASE

CASE NUMBER: B-00--071




United States District Court
Southern District of Texas
FILED

SEP 7  2000

Michael N. Milby
Clerk of Court

TO: (Name and address of defendant)

R. D. Moore
1102 S. Commerce
Harlingen, TX 78550

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ronaldo S. Lozano
360 E. Hwy. 77
Suite 1
San Benito, TX 78586

answer to the complaint which is herewith served upon you, within _____20_____ days after
rvice of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
gainst you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
asonable period of time after service.

_Michael Milby_

ERK

_8/29/00_

DATE

_Juanita Tabares_

BY) DEPUTY CLERK

ClibPDF - www.fastio.com

440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | September 5, 2000 |
| OF SERVER *(PRINT)* | TITLE |
| Israel Garza | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 1102 S. Commerce ( H.P.D. )
Harlingen, TX 78550

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other *(specify):* _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___9/5/00___
Date

_____
Signature of Server

2305 E. Monroe, Harlingen, TX
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.