IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 1 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ALICE CARLSON | § | |
| | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-00-071 |
| | § | |
| | § | JURY DEMANDED |
| CITY OF HARLINGEN, TEXAS, | § | ( ORAL HEARING REQUESTED ) |
| CAMERON COUNTY, TEXAS, | § | |
| R.D. MOORE AND | § | |
| JIM SCHEOPNER | § | |

**UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFF'S
FIRST AMENDED COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW,** Alice Carlson, Plaintiff who files this Motion for Leave to File and will show the court the following:

I.

Plaintiff would respectfully show that the original complaint omitted two parties whom appear to be indispensable parties to this proceeding based on the original answer filed by the Defendants, and also, response's given on the date of filing the original complaint by R. D. Moore in deposition's taken of him, in a factually identical case to this one styled <u>Salinas v. City of Harlingen</u> et al, ( B-98-0162 ).

Defendant's counsel has no objections to the granting of this Motion.

**WHEREFORE,** PREMISES CONSIDERED, Plaintiff requests this Court to grant her Motion for Leave to File Plaintiff's First Amended Complaint.

Respectfully submitted,

*Ronaldo S. Lozano* (signature)

Ronaldo S. Lozano
Fed. ID 14804
TBN: 12648010
360 E. Hwy. 77, Suite 1
San Benito, TX 78586
(956) 399-9663
(956) 399-8285 FAX

Attorney for Plaintiff

## Certificate of Service

I hereby certify that a true copy of the above and foregoing document was hand-delivered on September 11, 2000, to the following counsel of record and interested parties.

Mr. Roger Hughes
ADAMS & GRAHAM
222 E. Van Buren
Harlingen, TX 78511
Attorneys for Defendants

Mr. Walter Passmore
2424 N. 10th, Suite 201
McAllen, TX 78501
Attorney for Defendant

*Ronaldo S. Lozano* (signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ALICE CARLSON § | |
| § | |
| § | |
| V. § | CIVIL ACTION NO. B-00-071 |
| § | |
| § | JURY DEMANDED |
| CITY OF HARLINGEN, TEXAS, § | |
| CAMERON COUNTY, TEXAS, § | |
| R.D. MOORE AND § | |
| JIM SCHEOPNER § | |

## ORDER

CAME ON TO BE HEARD, plaintiff's Motion for Leave to File Plaintiff's First Amended complaint. The Court after due consideration is of the opinion that this Motion ahould be granted, it is therefore:

**ORDERED, ADJUDGED , and DECREED,** that **Plaintiff's** motion is hereby granted.

SIGNED THIS the _____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

ClibPDF - www.fastio.com