United States District Court
Southern District of Texas
FILED

SEP 11 2000

Michael N. Milby, Clerk of Court

# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas   ■ Koerner |
| DATE | 09 / 11 / 00 |
| TIME | 3:30 p.m. — 3:50 p.m. |
| CIVIL ACTION | B – 00 – 71 |
| STYLE | Carlson *versus* City of Harlingen, et al |

DOCKET ENTRY

**(HGT) Initial Pretrial Conference.**

| | | |
|---|---|---|
| Ron Lozano | for | Ptf. # _____ |
| Roger Hughes | for | Defts. City of Harlingen and Scheopner and Moore in their official capacities |
| Richard Burst | for | Deft. Cameron County |
| Walter Passmore | for | Defts. Scheopner and Moore in their individual capacities |

☐ Argument heard on: ☐ all pending motions; ☐ Following motions

☐ Motions taken under advisement: _____

■ Order to be entered.

☐ Miscellaneous review set: _____

Comments:

1. The Parties agreed that they will submit a proposed scheduling order by September 19, 2000 at 5:00 p.m. They did not submit one before the initial pretrial conference as required by Chamber Rules.

2. The Defendants reported that all of them have been properly served, therefore, any

1

        motions to dismiss for improper service of process are now **MOOT**.

3. The Plaintiff will submit a response to Cameron County's motion to dismiss by Tuesday, September 19, 2000.

4. The Court will decide the pending motions to dismiss on submission as soon as possible. The following two motions are ripe: Defendants City of Harlingen and Scheopner's Motion to Dismiss Plaintiff's First Amended Complaint under FRCP 12(b)(4, 5) and under FRCP 12(b)(6) [Dkt. No. 12], and Individual Defendant Scheopner's Motion to Dismiss First Amended Complaint under FRCP 12(b)(6) based on Qualified Immunity [Dkt. No. 13]. Three additional motions to dismiss have been filed, but are not ripe at this time: Cameron County's Rule 12(b)(6) Plea [Dkt. No. 20 + 21], Defendant Moore's Motion to Dismiss Plaintiff's First Amended Complaint under FRCP 12(b)(6) [Dkt. No. 28], and Defendant Moore's Motion to Dismiss First Amended Complaint under FRCP 12(b)(6) based on Qualified Immunity [Dkt. No. 29].

5. Depending on the rulings on issues of qualified immunity, the scheduling order in this case may need to be amended.

ClibPDF - www.fastio.com