32

LAW OFFICES OF

# ADAMS & GRAHAM, L.L.P.

AFFILIATED WITH HILL GILSTRAP ADAMS & GRAHAM, L.L.P.

**ROGER W. HUGHES**
RHughes@adamsgraham.com

222 E. VAN BUREN, WEST TOWER
P.O. DRAWER 1429
HARLINGEN, TEXAS 78551
TEL (956) 428-7495   FAX (956) 428-2954
www.adamsgraham.com

AFFILIATE OFFICES
AUSTIN
CHICAGO
DALLAS/FORT WORTH
LITTLE ROCK

United States District Court
Southern District of Texas
FILED
SEP 11 2000
Michael N. Milby
Clerk of Court

September 11, 2000

The Hon. Hilda G. Tagle, Presiding Judge
600 E. Harrison, Room 306
Brownsville, TX 78520-7114

<u>Via PDQ Delivery</u>

Re:   Civil Action No. B-00-071; Alice Carlson v. City of Harlingen, et al
      Our File: H-1023

TO THE HONORABLE JUDGE OF SAID COURT:

This letter is to advise you that Carlson served Defendants City of Harlingen, Moore and Scheopner with a Summons and Complaint after the Joint Case Management Plan was filed. Defendants Harlingen, Moore and Scheopner will not contest this new service.

Therefore, the Motion to Dismiss Under FRCP 12(b)(4,5) is moot, and there is no need for the Court to rule on it. However, Defendants continue to urge their (1) Motion to Dismiss Under Rule 12(b)(6) for Failure to State a Claim, and (2) Motion to Dismiss Under FRCP 12(b)(6) Based on Qualified Immunity.

Respectfully submitted,

ADAMS & GRAHAM, L.L.P.
222 East Van Buren, West Tower
P. O. Drawer 1429
Harlingen, TX 78551-1429
956/428-7495; FAX: 956/428-2954
Email: RHughes@adamsgraham.com

By: _____
ROGER W. HUGHES
State Bar No. 10229500
Fed. ID No. 5950

Attorneys for Defendants, CITY OF HARLINGEN, TEXAS; R.D. MOORE and JIM SCHOEPNER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument was forwarded to the following attorneys of record and interested parties, on this __11__ day of September, 2000:

---

Attorney of record for Plaintiff, ALICE CARLSON:

| | |
|---|---|
| Mr. Ronaldo S. Lozano<br>Attorney at Law<br>360 East Hwy. 77, Suite 1<br>San Benito, TX 78586-5214 | <u>CM RRR 7099 3400 0014 6402</u> |

Attorneys of record for Defendants, R.D. MOORE and JIM SCHEOPNER, In Their Individual Capacities:

Mr. Walter Passmore
PASSMORE, WALKER & TWENHAFEL, LLP
P. O. Drawer 3766
McAllen, TX 78502-3766

Attorneys of record for Defendant, CAMERON COUNTY:

Mr. Richard O. Burst
Commissioners Court
Civil Legal Department
964 E. Harrison
Brownsville, TX 78520

_____
ROGER W. HUGHES