IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 8 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ALICE CARLSON | { | |
| | { | CIVIL ACTION NO. B-00-071 |
| V. | { | |
| | { | **(ORAL HEARING IS REQUESTED)** |
| CITY OF HARLINGEN, ET AL | { | |

## DEFENDANTS' MOTION TO STAY DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants R.D. MOORE ("Moore") and JIM SCHEOPNER, ("Scheopner") Individually, and file this their **DEFENDANTS' MOTION TO STAY DISCOVERY** and would show the Court as follows:

### I.

### CERTIFICATE OF CONFERENCE

Counsel for Defendants, Moore and Scheopner have conferred with opposing counsel. Plaintiffs' counsel is opposed; counsel for Defendant Cameron County is not opposed to this motion.

### II.

Defendants Moore and Scheopner have filed Motions to Dismiss Based on Qualified Immunity. These motions have not been resolved.

Until their Motions to Dismiss Based on Qualified Immunity Under FRCP 12(b)(6) is finally resolved, Defendants are entitled to have discovery stayed. *Schultea v. Wood*, 47 F.3d 1427 95th Cir. 1995). Their motions raise only law questions and thus no discovery is needed to resolve them.

Defendants Scheopner and Moore request all discovery be stayed. Otherwise, they and their counsel will be required to attend discovery of other parties. This will defeat the purpose of immunity if the Court later grants it.

### III.

Therefore, Defendants Moore and Scheopner request that (1) all discovery against them be stayed in this case and that they need not make their new Rule 26 disclosures until their motions are finally resolved; and/or (2) all discovery be stayed.

WHEREFORE, PREMISES CONSIDERED, Defendants Moore and Scheopner pray the above motion be set for hearing, upon hearing same, the Court stay discovery as requested until such time as the Court rules on the merits of Defendants' Motion to Dismiss Under Rule 12(b)(6) for qualified immunity.

Respectfully submitted,

By: _____
TOM LOCKHART
Admissions ID No. 2257
Texas State Bar No. 12473500
ROGER W. HUGHES
Admissions ID No. 5950
Texas State Bar No. 10229500
P. O. Drawer 1429
Harlingen, TX 78551-1429
956/428-7495; FAX: 956/428-2954

Attorneys for Defendants, CITY OF HARLINGEN, R.D. MOORE and JIM SCHOEPNER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 18 day of September, 2000, to the following counsel of record and interested parties:

Attorney of record for Plaintiff, ALICE CARLSON:

Mr. Ronaldo S. Lozano            CM RRR 7099 3400 0014 6896 6396
Attorney at Law
360 East Hwy. 77, Suite 1
San Benito, TX 78586-5214

Attorneys of record for Defendants, R.D. MOORE and JIM SCHEOPNER, In Their Individual Capacities:

Mr. Walter Passmore
PASSMORE, WALKER & TWENHAFEL, LLP
P. O. Drawer 3766
McAllen, TX 78502-3766

Attorneys of record for Defendant, CAMERON COUNTY:

Mr. Richard O. Burst
Commissioners Court
Civil Legal Department
964 E. Harrison
Brownsville, TX 78520

_____
ROGER W. HUGHES