Case 1:00-cv-00071   Document 35   Filed in TXSD on 09/21/2000   Page 1 of 3

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

ALICE CARLSON                              §
*versus*                                   §
                                           §        CIVIL ACTION B- 00-071
CITY OF HARLINGEN, ET AL                   §
                                           §
                                           §

United States District Court
Southern District of Texas
ENTERED

SEP 21 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Scheduling Order

1. Trial: Estimated time to try: __10__ days.                    ☐ Bench   ☒ Jury

2. New parties must be joined by:                                 December 1, 2000

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:     January 26, 2001

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                               March 30, 2001

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   The court will provide these dates.   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

6. Dispositive Motions will be filed by:                         4-27-01

7. Joint pretrial order is due:                                  7-20-01

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:    8-2-01

9. Jury Selection is set for 9:00 a.m. on:                       8-6-01

The case will remain on standby until tried.

Signed _September 21_ , 2000, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

*Counsel, please sign on the back.*

Case 1:00-cv-00071   Document 35   Filed in TXSD on 09/21/2000   Page 2 of 3

*Scheduling Order—Page Two*


_____          _____

Counsel for _Moore, Schromer,_            Counsel for _____
_Individually_

_____          _____

Counsel for _Defendants_                  Counsel for _____

_Ron Lozano_                              _____

Counsel for _Plaintiff_                   Counsel for _____
_Alice Carlson_

*Scheduling Order—Page Two*

_____          _____
Counsel for_____          Counsel for_____


_____          _____
Counsel for_____          Counsel for_____


_____          _____
Counsel for *Cameron County*          Counsel for_____

Case 1:00-cv-00071   Document 35   Filed in TXSD on 09/21/2000   Page 3 of 3

ClibPDF - www.fastio.com