United States District Court
Southern District of Texas
ENTERED

SEP 2 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Carlson, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL CAUSE NO. 00-71 |
| | § | |
| City of Harlingen, et al, | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on September 27, 2000, the Court **GRANTED** the Defendants' Motion to Stay Discovery [Dkt. No. 33]. Discovery on the causes of action alleged against Defendants Scheopner and Moore is stayed until after the Court rules on the Defendants' pending motion on qualified immunity.

DONE at Brownsville, Texas, this the 27th day of September 2000.

Hilda G. Tagle
United States District Court Judge