38

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 3 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ALICE CARLSON | § | |
| | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-00-071 |
| | § | |
| | § | JURY DEMANDED |
| CITY OF HARLINGEN, TEXAS, | § | |
| CAMERON COUNTY, TEXAS, | § | |
| R.D. MOORE, | § | |
| AND | § | |
| JIM SCHEOPNER | § | |

## UNOPPOSED MOTION TO DISMISS DEFENDANT CAMERON COUNTY

TO THE HONORABLE JUDGE OF THIS COURT:

**COMES NOW,** Plaintiff Alice Carlson, and brings her Motion to Dismiss Defendant Cameron County by agreement, and would further show:

I.

Plaintiff has 60 days henceforth to include necessary parties for this litigation, however, due to schedules of various representatives in this matter, plaintiff is precluded from marshaling sufficient facts to maintain a cause of action against this sole defendant. Undersigned counsel is mindful of the FRCP ' liberal 'pleading model, yet given the parameters set out in several orders, going forward based on current investigative knowledge is unfeasible; all parties are in accord with this motion.

II.

The lawsuit will continue forward, regardless of this motion as to the other defendants,

since new facts arise which precludes their exclusion from this matter. Furthermore, no counterclaims or summary judgment claims have been asserted in this suit, and each party will absorb individually each's costs associated with *this* defendant.

Respectfully,

Ronaldo S. Lozano
Fed. ID 14048
TBN: 12648010
360 E. Hwy. 77, Suite 1
San Benito, TX 78586-5214
(956)399-9663
FAX (956)399-8285

ATTORNEY FOR PLAINTIFF

ClibPDF - www.fastio.com

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing document was forwarded on October 2, 2000, by first class mail & fax to the following counsel of record and interested parties:

Mr. Walter J. Passmore
PASSMORE, WALKER & TWENHAFEL, L.L P.
2424 North 10th St, Suite 201
McAllen, Texas 78501
Attorneys for Defendant's Schoepner & Moore

Tom Lockhart
222 E. Van Buren, West Tower
Harlingen, Texas 78551-1429
Attorneys for Defendants

Richard O. Burst
964 E. Harrison
Brownsville, TX 78578
Attorney for Cameron County


_____
Ronaldo S. Lozano

ClibPDF - www.fastio.com