```
                                           United States District Court
                                           Southern District of Texas
                                                    ENTERED

                                              OCT 0 5 2000
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF TEXAS          Michael N. Milby, Clerk of Court
           BROWNSVILLE DIVISION             By Deputy Clerk
```

| Carlson, | § |  |
|---|---|---|
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL CAUSE NO. 00-71 |
| | § | |
| City of Harlingen, et al, | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on October 4, 2000, the Court considered Plaintiff's Unopposed Motion to Dismiss Defendant Cameron County [Dkt. No. 38]. The Court **GRANTS** the motion and dismisses Defendant Cameron County with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Since Cameron County is no longer a party to this lawsuit, its motion to dismiss [Dkt. Nos. 20 and 21] is **MOOT**.

DONE at Brownsville, Texas, this the 4th day of October 2000.

_____
Hilda G. Tagle
United States District Court Judge