IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALICE CARLSON | § | |
| | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-00-071 |
| | § | |
| | § | JURY DEMANDED |
| CITY OF HARLINGEN, TEXAS, | § | |
| R.D. MOORE AND | § | |
| JIM SCHOEPNER | § | |
| | § | |
| | § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S EXPERT REPORTS

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW**, Alice Carlson, Plaintiff who files this Motion for Extension of Time to File Plaintiff's Expert Reports, and will show the Court:

I.

Plaintiff would respectfully show that her medical condition is acute and due to treatment she is receiving in conjunction with this malady she will be unable to furnish the necessary reports for at least ten days. Opposing counsel have been apprised of this situation and we have agreed to a ten day extension to supply such information, if the Court permits. All counsel will become aware of this information at approximately the same time.

II.

As noted, defense counsel has no opposition to this 10 day extension.

**Wherefore, premises considered,** Plaintiff requests this Court grant her

a ten (10) day extension to furnish plaintiff's expert(s).

                                          Respectfully,

                                          *Ronaldo S. Lozano* (signature)
Ronaldo S. Lozano
TBN: 12648010
Fed ID 14048
360 E. Hwy. 77, Suite 1
San Benito, TX 78586-5214
(956)399-9663
FAX (956)399-8285

                                          ATTORNEY IN CHARGE

**BY AGREEMENT:** *No opposition to relief Requested*

Roger W. Hughes
Fed Id 5950
TBN 10229500
ADAMS & GRAHAM
P. O. Drawer 1429
Harlingen, TX 78551-1429
(956)428-7495
FAX (956) 428-2954

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been sent on this 24th day of January, 2001, by hand delivery and fax, to all counsel of record.

                                          *Ronaldo S. Lozano* (signature)
                                          Ronaldo S. Lozano