43

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Alice Carlson, | § | |
| Plaintiff | § § § | |
| v. | § | CIVIL CAUSE NO. 00-71 |
| City of Harlingen, et al, | § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on February 2, 2001, the Court **GRANTED** the Plaintiff's Unopposed Motion for Extension of Time to File Plaintiff's Expert Reports [Dkt. No. 42].

DONE at Brownsville, Texas, this the ___2___ day of February 2001.

Hilda G. Tagle
United States District Court Judge