44

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Alice Carlson, | § § § | |
| Plaintiff | § § | |
| v. | § | CIVIL CAUSE NO. 00-71 |
| City of Harlingen, et al, | § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on February 2, 2001, the Court **GRANTED** the Plaintiff's Unopposed Motion for Leave to File First Amended Complaint [Dkt. No. 30]. If the Plaintiff wishes to file an amended complaint she must do so by February 15, 2000 at 4:00 p.m. This deadline will be strictly enforced.

DONE at Brownsville, Texas, this the _12_ day of February 2001.

_____
Hilda G. Tagle
United States District Court Judge