46

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 21 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Alice Carlson,<br><br>    Plaintiff,<br><br>v.<br><br>City of Harlingen, et al,<br><br>    Defendants | §<br>§<br>§<br>§  CIVIL ACTION NO. B-00-071<br>§<br>§<br>§<br>§<br>§ |

**FINAL JUDGMENT**

BE IT REMEMBERED, that on June 20, 2001, the Court having granted the Defendants' Motions to Dismiss Plaintiff's First Amended Complaint [Dkt. Nos. 12 and 28] for failure to state a claim upon which relief can be granted, the Court enters final judgment pursuant to Federal Rule of Civil Procedure 58.

DONE at Brownsville, Texas, this the 20 day of June 2001.

_____
Hilda G. Tagle
United States District Court Judge